# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CONSTANCE SHINELL CLARK,    ) | |
|                             ) | |
|    Petitioner,           ) | |
|                             ) | |
| v.                          ) | Case Number: |
|                             ) | 2:10-cv-3324-KOB-PWG |
| IKE HADLEY and THE          ) | |
| ATTORNEY GENERAL FOR THE STATE ) | |
| OF ALABAMA,                 ) | |
|                             ) | |
|    Respondents.          ) | |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2254.  The petitioner is Constance Clark Shinell Clark ("Clark"), an Alabama state prisoner acting *pro se*.  The magistrate judge entered a report and recommendation on October 14, 2011 that the petition is due to be denied.  (Doc. 10).  The petitioner was due to file any objection to the report by October 31, 2011, but she filed no objection.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED.  A Final Judgment will be entered.

As to the foregoing, this the 15th day of November, 2011.

 

*Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE